UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRUSTEES OF THE I.U.O.E. LOCAL 478 ANNUITY FUND, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 478 TRAINING AND SKILL IMPROVEMENT FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 HEALTH BENEFITS FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 PENSION FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 SUPPLEMENTAL UNEMPLOYMENT BENEFITS FUND AND I.U.O.E LOCAL 478 | : | Civil No. 3:18CV1115 (JBA) |
| *Plaintiffs,* | : | |
| v. | : | |
| J.A.M. CONSTRUCTION COMPANY, LLC AND PJ'S CONSTRUCTION COMPANY, INC. | : | November 14, 2018 |
| *Defendants.* | : | |

**DEFAULT JUDGMENT**

This matter came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, as a result of Plaintiffs' Motion for Default Entry (Doc. #9) pursuant to Fed. R. Civ. P. 55(a) filed on August 20, 2018. On August 21, 2018, an Order (Doc. #10) granting that motion was entered and default entered as to the Defendants. On September 20, 2018, the Plaintiffs then filed a Motion for Default Judgment (Doc. #11) pursuant to Fed. R. Civ. P. 55(b) and that motion was granted on November 9, 2018 (See Order #12) ordering that Default Judgment enter in favor of the Plaintiffs and against the Defendants.

It is therefore ORDERED, ADJUDGED, and DECREED that pursuant to Rule 55(b) of the Rules of Federal Civil Procedure, default judgment is entered for the Plaintiffs and against the Defendants J.A.M. Construction and PJ's Construction as to liability, including the balance of the audit disclosures in the amount of $7,604.78, contributions for the months of July 2015 and January through December 2016 in the amount of $50,750.11, attorney's fees in the amount of $1,750.00, and legal costs in the amount of $589.00. This matter is now referred to the Honorable Robert M. Spector, United States Magistrate Judge, for a hearing in damages determination of the amount of further damages.

Dated at New Haven, Connecticut, this 14th day of November 2018.

ROBIN D. TABORA, Clerk

By: _____/s/_____
Breigh Freberg, Deputy Clerk

EOD:  November 14, 2018